No. 03–1016.  GRECO v. BERNBACK.  C. A. 3d Cir.  Certiorari denied.

No. 03–1024.  JARRETT v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 03–6458.  MODENA v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 03–6596.  MOSLEY v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 03–6649.  ALLEN v. LOUISIANA.  Ct. App. La., 2d Cir. Certiorari denied.

No. 03–6801.  TOLIVER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 03–6904.  DICKERSON ET AL. v. SNOW, SECRETARY OF THE TREASURY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–6924.  ALLEN v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 03–7227.  McCLINTON v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 03–7249.  DARDEN-BEY v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 03–7262.  PERRY, AKA MOFFIT v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–7271.  McCREA v. CALIFORNIA; and
No. 03–7788.  BATTS v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.  Reported below: 30 Cal. 4th 660, 68 P. 3d 357.

No. 03–7288.  JEFFERSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–7296.  ALLEN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–7304.  DOPP v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.